No. 96–8732. EDWARDS ET AL. *v.* UNITED STATES. C. A. 7th Cir. [Certiorari granted, *ante*, p. 931.] Motion for appointment of counsel granted, and it is ordered that J. Michael McGuinness, Esq., of Elizabethtown, N. C., be appointed to serve as counsel for petitioner Vincent Edwards in this case.

No. 97–218. LARSEN, MARYLAND INSURANCE COMMISSIONER *v.* AMERICAN MEDICAL SECURITY, INC., ET AL. C. A. 4th Cir. The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 97–5900. GISRIEL *v.* OCEAN CITY BOARD OF SUPERVISORS OF ELECTION ET AL. Ct. App. Md. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until December 1, 1997, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 97–5965. GLENDORA *v.* DIPAOLA. C. A. 2d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until December 1, 1997, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

No. 97–6308. IN RE TYLER. Petition for writ of mandamus and/or prohibition denied.

No. 97–6059. IN RE STEWART. Petition for writ of prohibition denied.

No. 96–1587. CITY OF ALBUQUERQUE *v.* BROWNER, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY. C. A. 10th Cir. Certiorari denied.

No. 96–7833. BAILIE ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 96–8862. SMITH *v.* MONTANA. Sup. Ct. Mont. Certiorari denied.

No. 96–9382. THOMAS *v.* FLORIDA. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.